United States Bankruptcy Court
Eastern District of New York

Diatomite Corporation of America,
    Plaintiff

Adv. Proc. No. 21-01059-nhl

Cipollone,
    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0207-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf000 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | Caroline P Gately, Esq, Venable LLP, 600 Massachusetts Avenue, NW, Washington, DC 20001-5358 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/Text: dpick@picklaw.net | Aug 25 2022 18:19:00 | Virginia True Corporation, c/o Pick & Zabicki LLP, 369 Lexington Avenue, 12th Floor, New York, NY 10017-6527 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Aug 25 2022 18:18:00 | Office of the United States Trustee, Eastern District of NY (Brooklyn Office), U.S. Federal Office Building, 201 Varick Street, Suite 1006, New York, NY 10014-4811 |
| ust | + | Email/Text: ustpregion02.br.ecf@usdoj.gov | Aug 25 2022 18:18:00 | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Anthony Cipollone |
| pla | | Diatomite Corporation of America |
| dft | | Domenick Cipollone |
| ust | *+ | United States Trustee, Office of the United States Trustee, U.S. Federal Office Building, 201 Varick Street, Room 1006, New York, NY 10014-7016 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022          Signature:      /s/Gustava Winters

District/off: 0207-1            User: admin              Page 2 of 2
Date Rcvd: Aug 25, 2022         Form ID: pdf000          Total Noticed: 4

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Douglas J Pick | on behalf of Debtor Virginia True Corporation dpick@picklaw.net  ezabicki@picklaw.net |
| Rishi Kapoor | on behalf of Plaintiff Diatomite Corporation of America rkapoor@venable.com  nylitigationdocketing@venable.com |
| Stephen Z Starr | on behalf of Defendant Anthony Cipollone stephenstarr@starrandstarr.com  starrsr86924@notify.bestcase.com |
| Stephen Z Starr | on behalf of Defendant Domenick Cipollone stephenstarr@starrandstarr.com  starrsr86924@notify.bestcase.com |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____
                                                   )
In re:                                             )
                                                   )   Chapter 11
Virginia True Corporation,                         )
                                                   )   Case No. 19-42769 (NHL)
                                                   )
            Debtor.                                )
_____)
                                                   )
Virginia True Corporation,                         )
                                                   )   Adv. Pro. No. 19-01118 (NHL)
        Plaintiff.                                 )
                                                   )
vs.                                                )
                                                   )
Anthony Cipollone and Domenick Cipollone,          )
                                                   )
        Defendants.                                )
_____)
                                                   )
Anthony Cipollone and Domenick Cipollone,          )
                                                   )   Adv. Pro. No. 21-01042 (NHL)
        Plaintiffs.                                )
                                                   )
vs.                                                )
                                                   )
Diatomite Corporation of America,                  )
                                                   )
        Defendant.                                 )
_____)
                                                   )
Diatomite Corporation of America,                  )
                                                   )   Adv. Pro. No. 21-01059 (NHL)
        Plaintiff.                                 )
                                                   )
vs.                                                )
                                                   )
Anthony Cipollone and Domenick Cipollone,          )
                                                   )
        Defendants.                                )
_____)

## ORDER GRANTING APPLICATION FOR SUBSTITUTION OF COUNSEL

Upon the application filed in Case No. 19-42769 (NHL) [Docket No. 370] (the "Application")[1] of Diatomite Corporation of America for entry of an order, as more fully described in the Application, substituting Joseph A. Pack, Esq. ("Pack") and the law firm of Pack Law, P.A. ("Pack Law") in place and instead of Rishi Kapoor, Esq. and the law firm of Venable LLP, and relieving Rishi Kapoor, Esq. and the law firm of Venable LLP from further responsibilities in this case or in any associated cases and adversary proceedings in which Mr. Kapoor or Venable LLP has appeared as Diatomite's counsel; and upon consideration of the Pack Declaration submitted in support of the Application; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and good and sufficient notice of the Application having been given and no other or further notice being required; and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Application is GRANTED as set forth in this Order.

2. Pack and the law firm of Pack Law are substituted for Rishi Kapoor, Esq. and the law firm of Venable LLP as counsel of record for Diatomite Corporation of America in the above-captioned chapter 11 case and in the following adversary proceedings:

*Virginia True Corporation et al. v. Anthony Cipollone and Domenick Cipollone*,
Bankr. E.D.N.Y. No. 19-01118-NHL;

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

*Anthony Cipollone and Domenick Cipollone v. Diatomite Corporation of America*,
Bankr. E.D.N.Y. No. 21-01042-NHL; and

*Diatomite Corporation of America v. Anthony Cipollone and Domenick Cipollone*,
Bankr. E.D.N.Y. No. 21-01059-NHL.

3. Rishi Kapoor, Esq. and the law firm of Venable LLP are relieved of all further obligations in this case and the adversary proceedings.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: August 24, 2022**
**Brooklyn, New York**

_____
**Nancy Hershey Lord**
**United States Bankruptcy Judge**